UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

LIN KWOK KEUNG,

                              Plaintiff,

          -against-

NEW RONG HANG RESTAURANT INC, *d/b/a Rong Hang Restaurant*, and 38 ELD. Building Corp,

                             Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

ORDER

19 Civ. 6917 (GBD)

GEORGE B. DANIELS, United States District Judge:

        The status conference is adjourned from May 20, 2020 to July 15, 2020 at 9:45 am. The final pretrial conference scheduled for May 20, 2020 is canceled.

Dated: New York, New York
        May 5, 2020

SO ORDERED.

*George B. Daniels*
GEORGE B. DANIELS
United States District Judge