UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------- x
LIN KWOK KEUNG,

                     Plaintiff,

     -against-                                    ORDER

NEW RONG HANG RESTAURANT INC, *d/b/a*
*Rong Hang Restaurant* and 38 ELD. BUILDING
CORP,

                     Defendants.
------------------------------------- x

19 Civ. 6917 (GBD)

GEORGE B. DANIELS, United States District Judge:

     This Court having been advised that Plaintiff and Defendant New Rong Hang Restaurant Inc. have settled this matter, which shall result in the dismissal of all defendants and the entire case, the Clerk of Court is hereby ORDERED to close the above-captioned action, without prejudice to restoring the action to this Court's docket if an application to restore is made within ten (10) months.

     The conference scheduled for July 15, 2020 at 9:45 am is canceled.

Dated: June 3, 2020
       New York, New York

                                                  SO ORDERED.

                                                  GEORGE B. DANIELS
                                                  United States District Judge